10/08/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday November 12, 2003

2:00 p.m.

CASE NO.  3-02-cv-2089 Royal Indemnity Co v Talon Builders LLC
-----------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Paul M. Clyons | Law Offices of Rodd J. Mantell, 700 Stanley Dr., PO Box 9011, New Britain, CT 860-827-4351 |
| Brian P. Henry | Tedford & Henry, 750 Main St. Suite 510, Hartford, CT 860-293-1200 |
| Christopher W. Huck | Michelson, Kane, Royster & Barger, 93 Oak St., Hartford, CT 860-522-1243 |
| Beth Nesson Mercier | Michelson, Kane, Royster & Barger, 93 Oak Street, Hartford, CT 860-522-1243 |
| Frederick B. Tedford | Tedford & Henry, 750 Main St. Suite 510, Hartford, CT 860-293-1200 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD
DATE: 11/12/03

30 min.