```
                                              FILED

                                          Nov 7  1 03 PM '03

                UNITED STATES DISTRICT COURT  U.S. DISTRICT COURT
                    DISTRICT OF CONNECTICUT    NEW HAVEN, CONN.
```

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY | ) | CIVIL ACTION NO. |
| | ) | 3:02-CV-2089(MRK) |
| v. | ) | |
| TALON BUILDERS, LLC and | ) | |
| VAS CONSTRUCTION GROUP, L.L.C. | ) | NOVEMBER 6, 2003 |

### STATUS REPORT

Pursuant to the Order of the Court, the Plaintiff, Royal Indemnity Company, and the Defendants, Talon Builders, LLC and VAS Construction Group, L.L.C., hereby submit this joint status report.

(a) The discovery deadline was October 31, 2003. Prior to that date, the parties' exchanged Rule 26 disclosures and expert witness reports. The Plaintiff also served written discovery requests on each of the Defendants. In addition, the parties' conducted depositions of several expert witnesses and fact witnesses.

None of the parties anticipated filing dispositive motions.

There are a few outstanding discovery issues between the Plaintiff and the Defendant VAS Construction Group, L.L.C. The parties' have been communicating about these issues for the past couple of months in an attempt to work them out without court intervention. Nonetheless, if they cannot be resolved prior to the status conference, perhaps they can be discussed at the conference.

    (b)  The parties did not engage in any settlement discussions while discovery was being conducted. Now that discovery has been substantially completed, the parties have initiated settlement discussions. The parties request referral to a Magistrate Judge for a settlement conference.

    (c)  The Defendants will consent to a trial before a Magistrate Judge. The Plaintiff's counsel is still discussing this issue with his client and will convey its position at the status conference next week.

    (d)  The case will be ready for trial in January 2004. The parties estimate that 5 days will be needed for trial.

```
                              THE PLAINTIFF
                              ROYAL INDEMNITY COMPANY


                          By: _____
                              Christopher W. Huck
                              Federal Bar # CT15219
                              Michelson, Kane, Royster &
                                 Barger, P.C.
                              93 Oak Street
                              Hartford, CT 06106
                              Tel: (860)522-1243
                              Fax: (860)548-0194
                              cwhuck@snet.net
```

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed this 6th day of November, 2003 to all counsel of record:

Frederick B. Tedford, Esq.
Brian P. Henry, Esq.
Tedford & Henry, LLP
750 Main Street, Suite 510
Hartford, CT 06103

Paul M. Clyons, Esq.
Law Offices of Rodd J. Mantell
700 Stanly Drive
P.O. Box 9011
New Britain, CT 06050-9948

```
                              _____
                              Christopher W. Huck
```