UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------
ROYAL INDEMNITY COMPANY         )    CIVIL ACTION NO.
                                )    3:02-CV-2089 (AWT)
                                )
v.                              )
                                )
TALON BUILDERS, LLC and         )
VAS CONSTRUCTION GROUP, L.L.C.) JANUARY 30, 2004
-----------------------------------
```

## APPEARANCE

Please enter the appearance of Paul R. Fitzgerald as counsel for the Plaintiff, Royal Indemnity Company, in the above-captioned matter.

THE PLAINTIFF,
ROYAL INDEMNITY COMPANY

BY: *Paul Fitzgerald*
Paul R. Fitzgerald
Federal Bar # CT24369
Michelson, Kane, Royster &
   Barger, P.C.
93 Oak Street
Hartford, CT 06106
Tel: (860)522-1243
Fax: (860)548-0194
prfitzgerald@snet.net

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 30th day of January, 2004 to all counsel and pro se parties of record as follows:

Frederick B. Tedford, Esq.
Brian P. Henry, Esq.
Tedford & Henry
750 Main Street, Suite 510
Hartford, CT  06103

Paul M. Clyons, Esq.
Law Office of Rodd J. Mantell
700 Stanley Drive, P.O. Box 9011
New Britain, CT  06050-9948

_____
Paul R. Fitzgerald