UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

February 4, 2004
10:00 a.m.

Held
3 1/2 hours.

CASE NO. **3:02cv2089 (MRK)**    **Royal Indemnity Co. Vs. Talon Builders, LLC, et al**

Paul M. Clyons
Law Offices of Rodd J. Mantell
700 Stanley Dr., PO Box 9011
New Britain, CT 06050-9948


Brian P. Henry
Tedford & Henry
750 Main St.
Suite 510
Hartford, CT 06103


Christopher W. Huck
Michelson, Kane, Royster & Barger
93 Oak St.
Hartford, CT 06106-1552


Beth Nesson Mercier
Michelson, Kane, Royster & Barger
93 Oak Street
Hartford, CT 06106-1552


Frederick B. Tedford
Tedford & Henry
750 Main St.
Suite 510
Hartford, CT 06103


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK