UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Royal Indemnity Co

V.                                Case Number:  3:02cv2089 MRK

Talon Builders LLC, et al

```
              NOTICE  TO  COUNSEL
              --------------------
```

The above-entitled case was reported to the Court on <u>February 5, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on March 6, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, February 6, 2004.


KEVIN F. ROWE, CLERK

By: <u> /s/ Kenneth R. Ghilardi </u>
    Kenneth R. Ghilardi
    Deputy Clerk