UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
ROYAL INDEMNITY COMPANY        )    CIVIL ACTION NO.
                               )    3:02-CV-2089(MRK)
                               )
v.                             )
                               )
TALON BUILDERS, LLC and        )
VAS CONSTRUCTION GROUP, L.L.C.)     February 25, 2004
-------------------------------
```

STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Rules of Civil Procedure, the Plaintiff and the Defendants hereby stipulate to the voluntary dismissal of the above-captioned action with prejudice and without costs to any party.

THE PLAINTIFF,
ROYAL INDEMNITY COMPANY

By: _____
Christopher W. Huck
Federal Bar No. CT15219
Michelson, Kane, Royster &
  Barger, P.C.
93 Oak Street
Hartford, CT 06106
Tel: (860)522-1243
Fax: (860)548-0194
cwhuck@snet.net

```
                              THE DEFENDANT, TALON BUILDERS, LLC

                              By: _____
                                 Frederick B. Tedford, Esq.
                                 Tedford & Henry, LLP
                                 750 Main Street, Suite 510
                                 Hartford, CT 06103
                                 Tel: (860)293-1200
                                 Fax: (860)293-0685
                                 ftedford@tedfordhenry.com
```

-2-

THE DEFENDANT,
VAS CONSTRUCTION GROUP, LLC

By: _____
Paul M. Clyons, Esq.
Law Offices of Rodd J. Mantell
700 Stanley Drive
P.O. Box 9011
New Britain, CT 06050-9948
Tel: (860)827-4351
Fax: (860)827-4386
paucly@safeco.com