FILED
FEB 26  2 24 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------
ROYAL INDEMNITY COMPANY      )    CIVIL ACTION NO.
                             )    3:02-CV-2089(MRK)
                             )
v.                           )
                             )
TALON BUILDERS, LLC and      )
VAS CONSTRUCTION GROUP, L.L.C.)   February 25, 2004
------------------------------
```

### STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Rules of Civil Procedure, the Plaintiff and the Defendants hereby stipulate to the voluntary dismissal of the above-captioned action with prejudice and without costs to any party.



THE PLAINTIFF,
ROYAL INDEMNITY COMPANY

By: _____
Christopher W. Huck
Federal Bar No. CT15219
Michelson, Kane, Royster &
   Barger, P.C.
93 Oak Street
Hartford, CT 06106
Tel: (860)522-1243
Fax: (860)548-0194
cwhuck@snet.net